1

2

3

4                              UNITED STATES DISTRICT COURT

5                                    DISTRICT OF NEVADA

6    KENNETH FRIEDMAN,                          Case No. 3:18-CV-0384-MMD-CLB
     #80952
7                                               **ORDER**

8                    Plaintiff,

9         v.

10   JAMES DZURENDA, et al.

11                   Defendants.
     _____/

12        On November 30, 2020, the court's minute order (ECF No. 41) was returned by

13   the U.S. Postal Service and stamped "return to sender, attempted not known, unable to

14   forward" (ECF No. 42).   Plaintiff is advised that pursuant to LR IA 3-1, he must

15   immediately file with the court written notification of any change of address.  Failure to

16   comply with this rule may result in dismissal of this action.  Plaintiff shall have until

17   **Wednesday, January 6, 2021** to file a notice of change of address or this court will

18   recommend that this action be dismissed.

19        The Clerk shall SEND a copy of this order to plaintiff at High Desert State Prison

20   ("HDSP") as the court is aware that plaintiff may currently be housed at HDSP.

21        IT IS SO ORDERED.

22        DATED: __December 7, 2020_____

23        _____

24                                    UNITED STATES MAGISTRATE JUDGE

25

26

27

28