**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

KENNETH FRIEDMAN,

          Plaintiff,

v.

ISIDRO BACA, et al.,

          Defendants.

3:18-cv-0384-MMD-CLB

**ORDER**

Defendants entered a suggestion of death of the plaintiff on the record (ECF No. 45). Pursuant to Fed. R. Civ. P. 25(a)(1), if a motion for substitution by the decedent's successor or representative is not filed on or before **Thursday, March 18, 2021**, the action must be dismissed.

**DATED:** January 7, 2020.

_____
**UNITED STATES MAGISTRATE JUDGE**

1