UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KENNETH FRIEDMAN,<br><br>　　　　　　　Plaintiff,<br>v.<br>JAMES DZURENDA, *et al.*,<br>　　　　　　　Defendants. | Case No. 3:18-cv-00384-MMD-CLB<br><br>ORDER |

On December 18, 2020, Defendants filed a suggestion of Plaintiff Kenneth Friedman's death upon the record. (ECF No. 44.) The Court ordered that any successor or representative of the decedent must file a motion for substitution by March 18, 2020. (ECF No. 46.) If the Court did not receive a such a motion by that time, it would dismiss this action. (*Id.*) To date, no motion has been filed, nor has the Court received any other communication from any potential successor or representative.

It is therefore ordered that this action is dismissed without prejudice.

The Clerk of Court is directed to enter judgment accordingly and close this case.

DATED THIS 19th Day of March 2021.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE